GEORGE W. KREMER, Appellant, *v.* NEW YORK AIR TERMINALS, INC., Respondent.   (Appeals 1 and 2.)

(Argued June 20, 1932; decided July 19, 1932.)

*Howard Osterhout* and *Cyril Hyde Condon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.